In the Matter of JULIUS GOLDSTEIN, Petitioner, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Respondent. —

966

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.